UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- X

TRUSTEES OF THE NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
WELFARE FUND, ANNUITY FUND, AND
APPRENTICESHIP, JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF
THE NEW YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW YORK, and NEW
YORK CITY DISTRICT COUNCIL OF CARPENTERS

                            Petitioners,

-v -

AMCC INDUSTRIES, INC.,

                            Respondent.

-------------------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/22

1:22-cv-2001-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      On March 10, 2022, Petitioners filed a petition to confirm an arbitration award. Dkt. No. 1. Proceedings to confirm an arbitral award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co. v. Gottdiener*, 462 F.3d 95, 108 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall file and serve a statement pursuant to Local Civil Rule 56.1 and any additional materials with which they intend to support the petition, including any affidavits or declarations attesting that the exhibits to the petition are true and correct copies of what they purport to be, no later than **March 31, 2022**. Respondent's opposition is due by **May 12, 2022**. Petitioners' reply, if any, is due by **May 26, 2022**.

      Petitioners are directed to serve the petition and supporting materials upon respondent by March 21, 2022 and to file an affidavit of such service with the Court by March 24, 2022.

      SO ORDERED.

Dated: March 14, 2022
New York, New York

                                                     GREGORY H. WOODS
                                                   United States District Judge