UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2022
```

------------------------------------------------------------------------ X
         :

TRUSTEES OF THE NEW YORK CITY DISTRICT  :
COUNCIL OF CARPENTERS PENSION FUND,  :
WELFARE FUND, ANNUITY FUND, AND  :        1:22-cv-2001-GHW
APPRENTICESHIP, JOURNEYMAN RETRAINING,  :
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES OF :     ORDER
THE NEW YORK CITY CARPENTERS RELIEF AND  :
CHARITY FUND, CARPENTER CONTRACTOR  :
ALLIANCE OF METROPOLITAN NEW YORK, *and* NEW  :
YORK CITY DISTRICT COUNCIL OF CARPENTERS  :
         :
        Petitioners,  :
         :
      -v -  :
         :
AMCC INDUSTRIES, INC.,  :
         :
        Respondent.  :
         :
------------------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      The Court will hold a conference with respect to the Petitioners' motion for summary judgment,

Dkt. No. 10, by telephone on July 20, 2022 at 11:00 a.m.  The parties are directed to the Court's

Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in

number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of

the Court's Emergency Rules.

      Petitioners are directed to promptly serve this order on Respondent and retain proof of service.

      SO ORDERED.

Dated:  July 15, 2022
      New York, New York

                        _____
                           GREGORY H. WOODS
                         United States District Judge