```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT :
COUNCIL OF CARPENTERS PENSION FUND, :
WELFARE FUND, ANNUITY FUND, AND : 1:22-cv-2001-GHW
APPRENTICESHIP, JOURNEYMAN RETRAINING, :
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES : ORDER
OF THE NEW YORK CITY CARPENTERS RELIEF :
AND CHARITY FUND, CARPENTER CONTRACTOR :
ALLIANCE OF METROPOLITAN NEW YORK, *and* :
NEW YORK CITY DISTRICT COUNCIL OF :
CARPENTERS :
:
                           Petitioners, :
:
           -v - :
:
AMCC INDUSTRIES, INC., :
:
                           Respondent. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

     As stated on the record during the conference held on July 20, 2022, if no counsel appears on behalf of Respondent by August 1, 2022, the Court will understand that Respondent has chosen not to appear in this action. As further stated on the record during the July 20, 2022 conference, if Respondent does not file an application with respect to Petitioners' motion for summary judgment, Dkt. No. 10, by August 1, 2022, the Court will treat Petitioners' motion for summary judgment as unopposed.

     SO ORDERED.

Dated: July 20, 2022
       New York, New York

                                                                 _____
                                                                 GREGORY H. WOODS
                                                           United States District Judge