UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
TRUSTEES OF THE NEW YORK CITY DISTRICT        :
COUNCIL OF CARPENTERS PENSION FUND,           :
WELFARE FUND, ANNUITY FUND, AND               :
APPRENTICESHIP, JOURNEYMAN RETRAINING,        :
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES :
OF THE NEW YORK CITY CARPENTERS RELIEF        :
AND CHARITY FUND, CARPENTER CONTRACTOR :
ALLIANCE OF METROPOLITAN NEW YORK, *and*      :
NEW YORK CITY DISTRICT COUNCIL OF             :
CARPENTERS                                    :
:
                                       Petitioners, :
:
                 -v -                              :
:
AMCC INDUSTRIES, INC.,                        :
:
                                   Respondent. :
:
-----------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022

1:22-cv-2001-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court has received Petitioners' August 1, 2022 motion for an extension of time to file a reply in further support of Petitioners' motion for summary judgment. *See* Dkt. No. 23.

The Court clarifies that its July 20, 2022 order did not establish a superseding briefing schedule for Petitioners' motion for summary judgment. *See* Dkt. No. 20. The July 20, 2022 order established a deadline of August 1, 2022 for Respondent to file "an application with respect to Petitioners' motion for summary judgment." *Id.* The Court expected that Respondent would submit a proposal regarding next steps in this matter and that if Respondent did not file such a proposal, the Court would treat Petitioners' motion for summary judgment as unopposed. *See id.*

On July 30, 2022, Respondent filed an opposition to Petitioners' motion for summary judgment. Although the Court's July 20, 2022 order did not modify the briefing schedule for Petitioners' motion for summary judgment, the Court understands that Respondent seeks to oppose

this motion and accepts Respondent's opposition.

Petitioners' request for an extension of time to file a reply to Respondent's memorandum of law in opposition to the motion for summary judgment is GRANTED. Dkt. No. 23. Petitioners' deadline to file the reply is extended to August 22, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 23.

SO ORDERED.

Dated: August 8, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge