```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
TRUSTEES OF THE NEW YORK CITY DISTRICT                           :
COUNCIL OF CARPENTERS PENSION FUND,                              :
WELFARE FUND, ANNUITY FUND, AND                                  :
APPRENTICESHIP, JOURNEYMAN RETRAINING,                           :
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES                          :
OF THE NEW YORK CITY CARPENTERS RELIEF                           :
AND CHARITY FUND, CARPENTER CONTRACTOR                           :
ALLIANCE OF METROPOLITAN NEW YORK, and                           :
NEW YORK CITY DISTRICT COUNCIL OF                                :
CARPENTERS                                                       :
                                                                 :
                                        Petitioners,             :
                                                                 :
                     -v -                                        :
                                                                 :
AMCC INDUSTRIES, INC.,                                           :
                                                                 :
                                        Respondent.              :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2022

1:22-cv-2001-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court's August 3, 2022 order, Dkt. No. 24, was entered in error. The Court will enter a separate order today that will be the operative order with respect to Petitioners' request for an extension of time, Dkt. No. 23.

The Court respectfully directs the Clerk of Court to strike document number 24 from the docket.

SO ORDERED.

Dated: August 8, 2022
       New York, New York

_____
        GREGORY H. WOODS
       United States District Judge