```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
TRUSTEES OF THE NEW YORK CITY DISTRICT                         :
COUNCIL OF CARPENTERS PENSION FUND,                            :
WELFARE FUND, ANNUITY FUND, AND                                :
APPRENTICESHIP, JOURNEYMAN RETRAINING,                         :
EDUCATIONAL AND INDUSTRY FUND, TRUSTEES                        :
OF THE NEW YORK CITY CARPENTERS RELIEF                         :
AND CHARITY FUND, CARPENTER CONTRACTOR                         :
ALLIANCE OF METROPOLITAN NEW YORK, and                         :
NEW YORK CITY DISTRICT COUNCIL OF                              :
CARPENTERS                                                     :
                                                               :
                                    Petitioners,               :
                                                               :
            -v -                                               :
                                                               :
AMCC INDUSTRIES, INC.,                                         :
                                                               :
                                    Respondent.                :
                                                               :
---------------------------------------------------------------X
```

<div style="float:right">
USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #: _____<br>
DATE FILED: 2/2/2023<br>
<br>
1:22-cv-2001-GHW<br>
<br>
<u>ORDER</u>
</div>

GREGORY H. WOODS, United States District Judge:

The Court will hold a status conference by telephone on February 3, 2023 at 4:00 p.m. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules

SO ORDERED.

Dated: February 2, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge