UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND,
ANNUITY FUND, and APPRENTICESHIP,
JOURNEYMAN RETRAINING,
EDUCATIONAL AND INDUSTRY FUND,
TRUSTEES OF THE NEW YORK CITY
CARPENTERS RELIEF AND CHARITY
FUND, THE CARPENTER CONTRACTOR
ALLIANCE OF METROPOLITAN NEW
YORK, and the NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS,

                Petitioners,                                      22 **CIVIL** 2001 (GHW)

    -against-                                              **JUDGMENT**

AMCC INDUSTRIES, INC.,
                Respondent.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated February 10, 2023, the petition to confirm the arbitration award is GRANTED. Judgment is entered for Petitioners in the amount of $78,162.68, plus pre-judgment interest calculated at 5.25% per annum from May 8, 2021, through the date of judgment, in the amount of $7,262.70, together with attorneys' fees and costs in the amount of $10,228.45. Post-judgment interest shall accrue at the statutory rate pursuant to 28 U.S.C. § 1961 from the date judgment is entered until payment is made in full; accordingly, the case is closed.

**Dated**: New York, New York
       February 13, 2023

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                         **BY:**                _K. Mango_

                                                                  **Deputy Clerk**